In the Matter of the Petition of FRANCIS E. LAIMBEER and WILLIAM J. CRUIKSHANK to Render and Settle Their Accounts as Executors, etc., of HENRY GRUBE, Deceased. In the Matter of the Petition of FRANCIS E. LAIMBEER to Render and Settle His Account as Sole Trustee of and under the Last Will and Testament of HENRY GRUBE, Deceased. EDITH GRUBE HERRINGTON and MAXWELL RUBIN, Appellants; SAMUEL MARCUS, ISIDOR WELS, Individually and as Constituting the Firm of Moss, MARCUS & WELS, Respondents.— Order of the Surrogate's Court of Kings county denying, in an accounting proceeding, appellants' motion to compel respondents, Samuel Marcus and Isidor Wels, who are not parties to the accounting proceeding, to deposit with the clerk of the Surrogate's Court all books and records in their possession pertaining to the administration of the estate of Henry Grube, deceased, and to permit appellants to make a discovery and inspection thereof, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

In the Matter of the Petition of JACOB KLETT and KATHERINE A. HUBER to Render and Settle Their Account as Administrators, etc., of MARTIN KLETT, Also Known as JOHN MARTIN KLETT, Deceased. JACOB KLETT and KATHERINE A. HUBER, as Administrators, etc., of MARTIN KLETT, Also Known as JOHN MARTIN KLETT, Deceased, Appellants; CATHERINE MANDELAS, NATIONAL SURETY CORPORATION and OSCAR A. LEWIS, Referee, Respondents.— On appeal from so much of a decree of the Surrogate's Court of Kings county as confirms a referee's report and allows the claim of an objectant, directs payment to the referee of the sum of $750 for his services, and charges the appellants individually with the costs and expenses of said reference, decree settling the accounts of the appellants unanimously affirmed, so far as appealed from, with costs to respondent Catherine Mandelas, payable by the appellants personally. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

CHRISTINA M. KLEIN, Appellant, v. EMIL L. KLEIN, Respondent.— In an action by plaintiff-appellant, wife, for separation from bed and board upon the ground of abandonment and non-support, order denying plaintiff's motion for alimony and counsel fee modified by providing therein for an award of counsel fee to the plaintiff in the sum of $250, $125 thereof to be paid within ten days from the entry of the order hereon and the remainder to be paid when the case is brought on for trial. As so modified the order is affirmed, with ten dollars costs and disbursements to appellant. In our opinion, the plaintiff's proofs were sufficient to warrant the award of counsel fee, but not of alimony in view of the present provision by the defendant for the support of plaintiff and of the infant child of the parties. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.